Michael F. Thomson #9707
mthomson@djplaw.com
Jessica G. Peterson #11210
jpeterson@djplaw.com
**DURHAM JONES & PINEGAR**
111 East Broadway, Suite 900
PO Box 4050
Salt Lake City, UT 84110-4050
Telephone: (801) 415-3000
Facsimile: (801) 415-3500
    Attorneys for Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| In re:<br><br>RICKY JOHN MORGAN<br>MARION SYLVIA MORGAN,<br><br>Debtors. | Bankruptcy Case Number<br><br>11-31181 WTT<br><br>[Chapter 7] |
|---|---|

## MOTION FOR ORDER AUTHORIZING AUCTION OF
## PERSONAL PROPERTY OF THE ESTATE

Michael F. Thomson, the Chapter 7 trustee of the estate of the above-named Debtor ("Trustee"), hereby moves the Court for an order authorizing the auction of personal property included in the bankruptcy estate of the above-named Debtor, free and clear of liens with valid liens to attach to the sale proceeds, based upon the following:

    1.    The Trustee has filed concurrently herewith his *Notice of Trustee's Motion for Order Authorizing Auction of Personal Property of the Estate and Notice of Opportunity for Hearing* [the "Notice"].

    2.    The description of the personal property to be auctioned, the terms and conditions of the auction, and the intended distribution of auction proceeds are all set forth in the Notice.

1

      3.      The Notice is being sent to the Debtor, the U.S. Trustee, all parties requesting notice, and all parties appearing on the mailing matrix in this Chapter 7 case.

      WHEREFORE, the Trustee prays that the Court enter an order authorizing the auction of the personal property as described, and pursuant to the terms and conditions set forth in, the Notice.

DATED this 10th day of October, 2011.

/s/ Michael F. Thomson
Michael F. Thomson
DURHAM JONES & PINEGAR
Attorneys for Trustee

2

SLC_950632.1

## CERTIFICATE OF SERVICE

I certify that on the ____ day of October, 2011, I caused to be served a copy of the foregoing **Motion for Order Authorizing Auction of Personal Property of the Estate** by depositing the same in the United States mails, postage prepaid, or by the Court's ECF noticing system, as indicated below:

United States Trustee's Office
*Via* ECF Notice

Christopher J. Marchant
*Via* ECF Notice

Ricky John Morgan
Marion Sylvia Morgan
617 St. James Place
Cedar City, UT 84720

Statewide Auction Company
155 N. 1000 W.
Salt Lake City, UT 84116

_____
An Employee of Durham Jones & Pinegar

3

SLC_950632.1