Michael F. Thomson #9707
mthomson@djplaw.com
**DURHAM JONES & PINEGAR**
111 East Broadway, Suite 900
PO Box 4050
Salt Lake City, UT 84110-4050
Telephone: (801) 415-3000
Facsimile: (801) 415-3500
    Attorneys for Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

| In re: | Bankruptcy Case Number |
|---|---|
| RICKY JOHN MORGAN<br>MARION SYLVIA MORGAN,<br><br>    Debtors. | 11-31181 WTT<br><br>[Chapter 7] |

**NOTICE OF TRUSTEE'S MOTION FOR ORDER AUTHORIZING
AUCTION OF PERSONAL PROPERTY OF THE ESTATE AND
NOTICE OF OPPORTUNITY FOR HEARING**

**(Objection Deadline: October 27, 2011 at 4:30 p.m. Mountain Time)**

TO:    DEBTORS, CREDITORS OF THE DEBTORS, AND OTHER PARTIES IN INTEREST:

NOTICE is hereby given that Michael F. Thomson, Chapter 7 trustee of the above-named Debtors ("Trustee"), intends, in the absence of valid objections, to auction the personal property, as described below, which is included in the bankruptcy estate of the above-named Debtors.

**DESCRIPTION**

- 1994 Itasca Winnebago Motorhome VIN 3FCLF53G2RJB04406
- 1992 Honda Civic LX Sedan VIN 1HGEG855XNL058158
- 1989 Suzuki LT250S ATV VIN JSAAJ48A5K2100697

1

- 2002 Honda TRX400EX ATV VIN 478TE230224225093
- 1994 Suzuki LT80 ATV VIN LM4AC11A8R1104727

(the "Property").

## NOTICE OF AUCTION

PLEASE TAKE NOTICE that the auction of the Property will be conducted by the Trustee's auctioneer, Statewide Auction Co., 5099 Wheeler Way, Hurricane, Utah on the next available auction date to be determined by the Trustee's auctioneer, after court approval of the auction. To inspect the Property prior to the auction, please contact Statewide Auction at (801) 521-5600.

## ADVERTISEMENT

Before the auction is held, the Trustee's auctioneer will advertise this auction to all parties he believes are prospective purchasers of the Property.

## TERMS AND CONDITIONS OF TRUSTEE'S AUCTION

1. The Property is auctioned as is, where is, and with no warranties or guarantees of any kind, and free and clear of liens with valid liens to attach to the sale proceeds.

2. All other terms and conditions of the auction are set forth on the back of the bidder card each bidder will receive at the time of the auction.

## INTENDED DISTRIBUTION OF AUCTION PROCEEDS

1. The Trustee will pay his auctioneer a commission of 15% of the gross sales proceeds from the auction of the Property.

    2.    The remaining sale proceeds will be held by the Trustee pending further order of the Court.

## NOTICE OF OPPORTUNITY FOR HEARING

**PLEASE TAKE NOTICE** that the Trustee filed with the United States Bankruptcy Court for the District of Utah his **MOTION FOR ORDER AUTHORIZING AUCTION OF PERSONAL PROPERTY OF THE ESTATE** (the "Motion"). The basis for said Motion is explained above. The Motion may be reviewed at the Office of the Clerk, Room 301, 350 South Main Street, Salt Lake City, Utah, from 8:00 a.m. to 4:30 p.m. on weekdays, excluding holidays. Copies of the Motion may be obtained, without charge, by requesting a copy from the undersigned counsel for the Trustee.

**<u>YOUR RIGHTS MAY BE AFFECTED</u>. You should read this notice carefully and discuss it with your attorney, if you have one in this case. (If you do not have an attorney, you may wish to consult one.).**

**<u>NO HEARING WILL BE CONDUCTED ON THE MOTION UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE COURT ON OR BEFORE THE OBJECTION DEADLINE SET FORTH BELOW.</u>**

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion then you or your attorney must:

    (1) on or before **<u>Thursday, October 27, 2011 at 4:30 p.m. Mountain Time</u>** (the "**Objection Deadline**"), must file a written objection specifically delineating the nature of your objection at:

3

        Clerk of the United States Bankruptcy Court
        350 South Main Street, Room 301
        Salt Lake City, UT  84101

If you mail your objection to the Court for filing, you must mail it early enough so that the Court will <u>receive</u> it on or before the Objection Deadline specified above. You must also serve a copy on the Movant's counsel at the address specified below.

    (2) attend a hearing on <u>November 10, 2011 at 9:30 a.m.</u> in Courtroom No. 2B, 5th District Court State of Utah, 206 West Tabernacle, St. George, Utah.. **There will be no further notice of the hearing and failure to attend the hearing will be deemed a waiver of your objection**.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested in the Motion. In the absence of a timely filed objection, the undersigned counsel may and will ask the Court to enter an order authorizing the Motion without a hearing.

    DATED this 10th day of October, 2011.

                                            Michael F. Thomson
                                           Durham Jones & Pinegar
                                           P.O. Box 4050
                                           Salt Lake City, UT  84110-4050
                                           Attorneys for Trustee

## CERTIFICATE OF SERVICE

I certify that on the 10 day of October, 2011, I caused to be served a copy of the foregoing **NOTICE OF TRUSTEE'S MOTION FOR ORDER AUTHORIZING AUCTION OF PERSONAL PROPERTY OF THE ESTATE AND NOTICE OF OPPORTUNITY FOR HEARING** by depositing the same in the United States mails, postage prepaid, and addressed to all parties appearing on the attached matrix and to the following, or by ECF Notice as indicated below:

U.S. Trustee
*Via* ECF Notice

Christopher J. Marchant
*Via* ECF Notice

Ricky John Morgan
Marion Sylvia Morgan
617 St. James Place
Cedar City, UT 84720

Statewide Auction Company
155 N. 1000 W.
Salt Lake City, UT 84116

_____
An Employee of Durham Jones & Pinegar

5

SLC_950634.1

```
Label Matrix for local noticing          American Express                         Bank Of America, N.a.
1088-2                                   P.O. Box 981535                          450 American St
Case 11-31181                            El Paso, TX 79998-1535                   Simi Valley, CA 93065-6285
District of Utah
Salt Lake City
Mon Oct 10 17:11:46 MDT 2011

Capital One, N.a.                        Christopher Akers                        Citibank Sd, Na
Capital One Bank (USA) N.A.              6360 Yellowwarbler                       Attn: Centralized Bankruptcy
Po Box 30285                             Las Vegas, NV 89148-5727                 Po Box 20507
Salt Lake City, UT 84130-0285                                                     Kansas City, MO 64195-0507


Clear                                    DirecTV                                  Gemb/JC Penny
Dept CH 14365                            PO Box 6550                              Attention: Bankruptcy
Palatine, IL 60055-4365                  Englewood, CO 80155-6550                 Po Box 103104
                                                                                  Roswell, GA 30076-9104


Gemb/chevron                             Kohls/capone                             Christopher J. Marchant
Attention: Bankruptcy                    N56 W 17000 Ridgewood Dr                 Hofeling Wayment Marchant, LLP
Po Box 105968                            Menomonee Falls, WI 53051-7096           51 East 400 North
Atlanta, GA 30348-5968                                                            Building No. 1
                                                                                  Cedar City, UT 84721-6186


Marion Sylvia Morgan                     Ricky John Morgan                        (p)MOUNTAIN AMERICA CREDIT UNION
617 St James Place                       617 St James Place                       735 S STATE ST #300
Cedar City, UT 84720-3691                Cedar City, UT 84720-3691                SALT LAKE CITY UT 84111-3821


Orion                                    Pnc Mortgage                             Michael F. Thomson tr
Care of Recovery Management Systems Corp 6 N Main St                              Durham Jones & Pinegar
25 S.E. 2nd Avenue, Suite 1120           Dayton, OH 45402-1902                    111 East Broadway, Suite 900
Miami, FL 33131-1605                                                              PO Box 4050
                                                                                  Salt Lake City, UT 84110-4050


United States Trustee
Ken Garff Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111-3402
```